640

BETTY H. ORTMAN, Appellant, v. HAROLD R. ORTMAN, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Erie Special Term denying plaintiff's motion for an order directing defendant to file an affidavit as to whether he had photostatic or similar copies of a certain letter.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK HAROLD WEBSTER, Appellant.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

VILLAGE OF BATH, Plaintiff, v. SARAH A. BOWES et al., Defendants. (Two Actions.) — Upon the stipulation of the attorneys for the respective parties, further proceedings on the part of the plaintiff stayed until further order of this court except that the plaintiff may make application to the County Court in which the actions are pending for a discontinuance of these actions.

In the Matter of the Estate of A. GRAY SKUTT, Deceased.— Appeal dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY J. CUCINOTTI, Appellant.— Order of substitution of attorneys entered.